Union Correctional Institution
SEP 0 6 2022
Received for mailing by C. W.

IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

GERNARD D. CHESTNUT
Plaintiff

2022 CA 001627

V.                                    CASE NO:

CARTER, JAMES Lieutenant
Pugh, Sargeant
Price, Officer
Coates, Officer
A. Rose, Nurse
L. Rodriguez Doctor
Wentz, Officer
John Doe, Officer
Defendants

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1) This is a State Tort Action Filed by the Plaintiff, Gernard D. Chestnut, a State Prisoner, alleging violations of his State and Constitutional rights for assault and battery, conspiracy, malicious force, failure to protect/intervene, deliberate indifference, and intentional infliction of mental and emotional anguish and distress seeking injunctive relief and damages of $100,000.00 (One hundred thousand dollars)

## Parties

2. Plaintiff Gernard D. Chestnut at all relevant times was confined by the Santa Rosa Correctional Institution of the Florida Department of Corrections

3. Defendant James Carter was employed as a Lieutenant at all relevant times by the FL.D.O.C. at Santa Rosa C.I.

4. Defendant Pugh was employed as a Sergeant at all relevant times at Santa Rosa C.I.

5. Defendant Price was employed as an officer by the FL.D.O.C. at Santa Rosa C.I. at all relevant times.

6. Officer Coates was employed by the FL.D.O.C. at Santa Rosa C.I. as an officer at all relevant times.

7. Nurse A. Rose was a medical staff member working at Santa Rosa C.I. at all relevant times

8. Doctor L. Rodriguez was a doctor working at Santa Rosa C.I. at all relevant times.

9. Defendants ~~de Carter and~~ Wentz and John Doe officer conspired to facilitate assault and battery by falsifying documents and obstructing medical treatment

10. Defendants J. Carter, Pugh, Coates, Price, A. Rose, L. Rodriguez, Wentz, and John Doe officer, at all relevant times were acting under color of state law and are being sued in their individual capacities.

2

## FACTUAL STATEMENT

11. On June 30 2021 while being escorted from B-Dormitory to C-Dormitory in legshackles while also handcuffed behind the back, Officer Price and Officer Coates walked on eachside of the Plaintiff pulling bending and twisting his fingers until broken and fractured.

12. As this was being commenced, the Plaintiff was yelling out in agony expressing the pain being caused by these officers inflicting this malicious and unnecessary force.

13. The Use of Force CamCorder was being utilized throughout this incident and Sargeant Pugh deliberately walked infront of the camcorder to assist these officers with assault and battery by blocking the video footage and defrauding the Camera by stating "These officers were not doing anything to Plaintiff." LT. J. Carter also assisted with this defraud and assault by saying "These officers were not doing anything"

14. These officers then denied me access to medical treatment, despite me Plaintiff repeatedly requesting medical treatment.

15. Medical Staff then falsified documents, (Nurse A. Rose) that "Plaintiff had no visible injuries, and voiced no complaints"

16. Medical doctor Rodriguez, L. then conspired with officials who inflicted this criminal assault by delaying X-Ray treatment for weeks where broken bones could heal up.

17. When the time came for Plaintiff to get X-Rays officers appeared at his cell, to defraud Video Cameras so

3

18. If they were attempting to escort him for X-Rays then lied and said falsified reports that he began making threats to cover up why they interfered with medical treatment and refused to pull him for X-Rays to cause more time for his bones to heal.

19. Attached Exhibits of Medical Record report by Nurse A. Rose and Doctor L. Rodriguez indicate the Plaintiff "Refused Medical, had no visible injuries and made no complaints" on 6/30/2021 @ 1140 am (See Exhibit 01)

20. Then other Medical Records of the X-Ray report indicates on 7/21/2021 6:07 pm that Plaintiff had: Comminuted Fracture at the distal fourth metacarpal without mild lateral displacement and volar angulation. Remainder of the right hand is unremarkable.

21. Conclusion: Acute Fracture at the distal fourth metacarpal.

22. Im unfamiliar with medical terminology but "Acute" is defined by Merriam Webster as "Sharp" or "Clear" or "Severe"

23. So if Officers are blocking Camera Footage/while Plaintiff is screaming out in agonizing pain while officers are saying "Nobody is doing anything" with nurses falsifying medical records that no injuries were visible or complaints voiced and X-Rays taken (3) Weeks later indicate a "Severe Fracture" reveals All Defendants are Guilty and the Facts as

4

presented by the Plaintiff are true.

24. (See Attached EXHIBIT (2) Radiology Report)

25. The Plaintiffs entire right hand knuckles are misaligned as a result of this ~~Beating~~ assault, battery, and malicious use of force. The misalignment is still clearly visible demonstrating this is a permanent injury and the misplacement of his bones has caused him infinite pain, meaning constant daily pain that persist daily ~~does~~ when making hand movements.

26. "Fracture" is defined by Merriam Webster as "The breaking of something esp. bone" or CRACK"

27. Bones can heal or grow back within (2) weeks so its obvious the pain and damage actually done to ~~raw~~ Plaintiffs hand when even after (3) weeks of X-Rays being set off ~~taking~~ his hand still showed ~~Prellim~~ "Acute" severe Fracture.

Claims For Relief

28. Defendant James Carter, Lieutenant, was deliberately indifferent to the malicious force being utilized against the Plaintiff, failing to intervene or protect or allow medical treatment. He was also in conspiracy with these officers to ~~initiate~~ Facilitate assault and battery and cause intentional emotional and mental distress

29. Defendant Pugh, Sargeant, conspired to ~~comm~~ Facilitate assault and battery and failed to intervene or protect

30. Defendant Price, Officer, committed assault and battery and utilized malicious force in deliberate indifference

31. Defendant Coates Officer committed assault and battery and utilized malicious excessive force in deliberate indifference

5

32. Defendant A. Rose, nurse, conspired to Facilitate assault and battery by Falsifying documents and obstructed medical treatment in deliberate indifference.

33. Defendant Rodriguez, L., doctor, conspired to falsify documents and cover up assault and battery and obstructed medical treatment in deliberate indifference.

34. Defendant Wentz and John Doe officer conspired to Facilitate assault and battery by Falsifying documents and obstructing medical treatment.

35. As a result of above listed Defendants actions the Plaintiff suffered serious physical and emotional injuries.

## Relief Requested

WHEREFORE Plaintiff requests that this Court grant the following relief:

A.   Declare that Defendants Price and Coates violated Plaintiffs rights not to be assaulted and battered without legal justification and File State law charges For Assault and battery.

B. also Eighth Amendment rights violations for malicious force and deliberate indifference to medical needs as well as Defendants J. Carter, Pugh, A. Rose, and L. Rodriguez for conspiracy to commit the above cited violations as well as Failure to protect/intervene and falsify records.

C. Issue Injunctive orders for reconstructive surgery for Plaintiffs injured knuckles and therapy as well as for prohibitions against blocking Video Camera Footage and Sanctions and dismissal from duty of any Officials in violation of blocking/obstructing Video or CamCorder footage as well as criminal charges for assault and battery. Also removal of Falsified disciplinary reports filed to Facilitate this assault and battery.

6

D. Also the Plaintiff's release from Close Management Confinement.

E. Award damages for Plaintiff's physical and emotional injuries and punitive damages against each Defendant; and Grant Plaintiff such other relief as it may appear Plaintiff is entitled to.

Respectfully Submitted,

s/ Chestnut
Gernard D. Chestnut
DC# 130146
Union C.I.
P.O. Box 1000
Raiford, FL 32083

7

Gernard D. Chestnut DC#123-0146
Union Correctional Institution
P.O. Box 1000
Raiford Florida 32083

Mailed from a State
Correctional Institution



US POSTAGE ™ PITNEY BOWES
ZIP 32083   $ 000.81⁰
02 4W
0000376785 SEP. 07. 2022

CLERK, LEON COUNTY COURTHOUSE
301 S. MONROE STREET
TALLAHASSEE FL. 32301

32301318103 C004

Union Correctional Institution

SEP 0 6 2022

Received for mailing by C. W.