

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

GERNARD DENEZ CHESTNUT ,

Inmate ID Number: 130146 ,

*(Write your full name and inmate ID number.)*

v.

~~PRISON~~ JAMES CARTER ,

COATES ,

PUGH ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.: 4:22-cv-465-AW/MJF

*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES   ☐ NO

SEE ATTACHED



NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

1

# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: Gerrard Denez Chestnut   ID Number: 130146

List all other names by which you have been known: _____

_____

Current Institution: Union Correctional Institution

Address: P.O. BOX 1000, Raiford, FL. 32083

_____

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: JAMES CARTER

   Official Position: LIEUTENANT

   Employed at: SANTA ROSA C.I.

   Mailing Address: 5850 East Milton Rd.

   Milton, FL. 32583

   ☑ Sued in Individual Capacity      ☑ Sued in Official Capacity

(ATTACHMENT PAGE OF DEFENDANTS)

PRICE

FOR MAILING

3

2. Defendant's Name: __COATES__

Official Position: __OFFICER__

Employed at: __Santa Rosa C.I.__

Mailing Address: __5850 E. Milton Rd.__

__Milton, FL. 32583__

☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

3. Defendant's Name: __PUGH__

Official Position: __SARGEANT__

Employed at: __Santa Rosa C.I.__

Mailing Address: __5850 E. Milton Rd.__

__Milton, FL. 32583__

☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)          ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☑ Convicted State Prisoner          ☐ Convicted Federal Prisoner

☐ Immigration Detainee          ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.* You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

Defendant's Name Price
Official Position : Officer
Employed at : Santa Rosa C.I.
Mailing address : 5850 E Milton Rd
               Milton, F.L. 32583
        ☑ Sued in Individual Capacity   ☑ Sued in Official Capacity

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

(1) On 6/30/21 Plaintiff was handcuffed behind his back and restrained in legshackles and escorted from B Dormitory to C-Dormitory. During the escort Officer Price and Officer Coates stood on eachside of the Plaintiff bending and twisting his fingers until it became broken and fractured

(2) Sargeant Pugh deliberately walked infront of the Use of Force CamCorder to block video footage for these officials to inflict this malicious excessive force and assault and battery

(3) Plaintiff was screaming in agony expressing that these officials were breaking his fingers. Sargeant Pugh and Lieutenant J. Carter then lied that "Nothing was happening and these officers weren't doing anything" to condone this malicious force and facilitate it.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

(1) Excessive Force violation of the Eighth Amendment by Defendants Coates, and Price.

(2) Eighth and Fourteenth violations by Defendants J. Carter and Pugh for deliberate indifference "Failure to Intervene, Failure to Protect, and Supervisor Liability" for deliberate indifference, to subordinates excessive force also "Conspiracy"

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Compensatory damages and punitive damages in amount to be determined for physical injury, and mental pain and suffering, and for defendants malicious and unconscionable actions depriving Plaintiff of his constitutional rights

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.   PRIOR LITIGATION

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.  You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES   ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #: 4:14 cv 403 - MW - GRJ

   Court: Northern District Tallahassee Division

   Reason: Inaccurate Info. circled wrong answer abuse of process

2. Date:_____ Case #: 4:12 cv 551 - SPM - CAS

   Court: Northern District, Tallahassee Division

   Reason: Fail to state claim or prosecute/lack of jurisdiction

3. Date:_____ Case #: 4:11 cv 305 - WS - CAS

   Court: Northern District, Tallahassee Division

   Reason: Jury Trial verdict in favor of defendants

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 3.15cv46-MCR-EMT Parties: _____

   Court: Northern District _____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #: 3.15cv69-LC-CJK Parties: _____

   Court: Northern District _____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____
   *(If necessary, list additional cases on an attached page)* (SEE ATTACHED)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

Case # 4:11cv 232 - MP - WCS
Court: Northern District, Tallahassee Division
Case # 4:11cv 225 - MP - CAS
Court: Northern District, Tallahassee Division

The Plaintiff listed all the above cases to err on the side
of Caution. Plaintiff is unsure which other cases were
dismissed for reasons listed in Section A.
but Plaintiff knows one was for lack of jurisdiction and
failure to state a claim or failure to prosecute, and believes
this was (Case # 4:11cv 232 - MP - WCS)
Plaintiff's legal documents were allegedly "lost" by FL DOC
and he can only provide the information from which the
Court has provided him until the FL DOC replaces his
legal papers or pays for new copies. Since the Courts have
only provided him with the Case numbers, Plaintiff
provides all information to the best of his knowledge.
 Any Case number left out is an inadvertent mistake
and not an attempt to dupe, defraud, or abuse judicial process

Plaintiff has also attached all Case info. provided to him
by the Courts.

The only information Plaintiff has pertaining to Appeals Court
regarding Lawsuits are: Case No. 21-12093-G and
Case No. 21-14488-A which Plaintiff was informed were
Dismissed for failure to prosecute on 2/16/22 and 2/23/22.

Plaintiff's Habeas Corpus Petition Case number 22-14063-D
was denied COA on 4/11/2023

All following Case numbers were filed in the Tallahassee Division

Case # 3:20cv5629-MCR-HTC

Corrected: Case # 3:22cv00721-MMH-PDB

Case # 3:21cv827-LC-EMT

Corrected  Case # 3:22cv01349-BJD-LLL

Case # 3:21cv944-LC-EMT

Corrected   Case # 3:22cv1437-MMH-PDB

Case # 4:11cv225-MP-CAS

Court:

Case # 4:11cv232-MP-WCS

Court:

Case # 4:11cv305-MS-CAS

Court:

Case # 4:12cv561-SPM-CAS

Court:

Case # 4:14cv403 MW-GRJ

Court:

Case # 3:20cv5918-R-EMT

Court:

Case # 3:21cv43-LC-EMT

Court:

All the Following Case Numbers
were Filed in the Middle District Jacksonville Division:

Case # 3:15cv01173-BJD-PDB / Case # 3:15cv01270-TJC-JK /

Case # 3:15cv01343-MMH-PDB / Case # 3:17cv00307-HES-PDB /

Case # 3:17cv02424-TJC-JK / Case # 3:18cv00489-MMH-PDB /

Case # 3:18cv00615-TJC-MCR / Case # 3:18cv00631-BJD-PDB /

Case # 3:18cv00875-MMH/JK   Case # 3:18cv01082-TJC-MCR

Case # 3:18cv01171-TJC-PDB / Case # 3:19cv01479-MMH-BRB-JBT

Case # 3:21cv18-BJD-MCR / Case # 3:18cv1302-TJC-JK /

Case # 3:18cv1505-HLA-JBT

14

# STATE COURT CASE NUMBERS

Case # 1021-3303   Parties: FL D.O.C.
Court: First District Appeals Court   Dismissal Date:
Reason:

Case # 1022-1918   Parties: FL DOC
Court: First District Appeals Court   Dismissal Date:
Reason:

Case # 1021-2974   Parties: FL DOC
Court: First District Appeals Court   Dismissal Date:
Reason:

Case # 2022 CA 001837   Parties:
Court: 2nd Judicial Circuit   Judge: J. Cooper
Date Filed: 10/17/2022   Dismissal Date: 12/7/22
Reason:   indigence status restrictions for dismissal

Case # 2022 CA 001831   Parties: Capt. Johnson, L. et al.
Court: 2nd Judicial Circuit   Judge: J. Cooper
Date Filed: 10/10/2022   Dismissal Date: 12/7/22
Reason: Excessive Force   indigence status restrictions for dismissal

Case # 2021 CA 1455   Parties: E. Manners/FL DOC
Court: 2nd Judicial Circuit   Judge: M. Richardson
Date Filed:   Dismissal Date:
transferred to Case No. 2022-SC-83

Case # 2022 CA 001810   Parties: Sgt. J. McClure et al.
Court: 2nd Judicial Circuit   Judge: J. Cooper
Date Filed: 10/13/2022   Dismissal Date: 12/7/2022
Reason: Excessive Force   indigence status restrictions for dismissal

15

Case # 2021 CA 001306   Parties: FL. D.O.C.
Court: Leon County, 2nd Judicial Circuit   Judge: A. Dempsey
Date Filed: 7/27/2021   Dismissal Date: 6/8/2022
Reason: Negligence   dismissed for failing to exhaust

Case # 2020 SC 001094   Parties: FL. D.O.C.
Court: Leon County 2nd Judicial Circuit   Judge: A. Aikens JR
Date Filed 6/1/2020   Dismissal Date: 8/30/2021
Reason: Small Claims,   Statue of Limitations

Case # 2022 CA 001573   Parties: Capt. Fisher et. al.
Court: Leon County 2nd Judicial Circuit   Judge: J. Cooper
Date Filed: 8/31/2022   Dismissal Date:
Reason:

Case # 2022-CA-001627   Parties: Sgt. Pugh et. al.
Court: 2nd Judicial Circuit   Judge: J. Cooper
Date Filed: 9/6/2022   Dismissal Date: 12/7/22
Reason: Excessive Force: Assault: Battery, placed in federal jurisdiction

Case # 2022 CA 000350   Parties: Capt. Brown et. al.
Court: 2nd Judicial Circuit   Judge: J. Cooper
Date Filed: 2/28/2022   Dismissal Date:
Reason: Excessive Force, dismissed for indigency restriction

Case # 2021 SC 002909   Parties: E. Manners et. al.
Court: 2nd Judicial Circuit   Judge: S. Newlin
Date Filed: 11/10/2021   Dismissal Date:
Reason: Small Claim (property destruction)

Case # 2020 CA 000609   Parties: FL. D.O.C
Court: 2nd Judicial Circuit   Judge: J. Cooper
Date Filed:   Dismissal Date:
Reason:

Case # 1D19-2493
Court: First District Court of Appeals
Filing Date:                    Dismissal Date:
Reason: Unauthorized

The Plaintiff also filed Habeas Corpus Petitions in the
Florida Supreme Court Challenging his unlawful conviction
in Case # 610   Filing Date: 4/28/2020
Dismissed as Unauthorized
   Case # 657   Filing Date: 4/22/2019   Dismissed
Case # 1254   Filing Date: 7/22/2019   Dismissed
Case # 1634   Filing Date: 8/27/2018   Dismissed
Case # 933   Filing Date: 6/8/2018   Dismissed
Case # 418   Filing Date: 3/13/2018   Dismissed
Case # 1773   Filing Date: 9/29/2017   Dismissed
Case # 1226   Filing Date: 7/11/2016   Dismissed
Case # 107   Filing Date: 1/5/2016   Dismissed
Case # 876   Filing Date: 4/28/2011

Case # 1D22-3151
Court: First District Appeals Court
Filing Date:                    Dismissal Date:
Reason:

All questions or information left blank is not due to any
abuse of judicial process or attempt to dupe or defraud court. It
is due to this information being unavailable to Plaintiff. The FL
DOC is currently receiving info. to reimburse or replace the
Plaintiff's documents. His litigation history is herein disclosed to
best of his ability and it is possible he may have missed a few
cases. If so, it is inadvertently and not deliberate

17

Cases matching "GERNARD D CHESTNUT" (as a Plaintiff)
- 3:20-cv-5918-R-EMT Chestnut v. Neel | 6 pages x 50¢ per page = $3.00
- 3:21-cv-43-LC-EMT Chestnut v. Santa Rosa Correctional Institution | 1 page x 50¢ per page = 50¢
- Total: $3.50

Cases matching "GERNARD DENEZ CHESTNUT" (as a Petitioner)
- 4:18-cv-120-WS-HTC Chestnut v. Dixon | 13 pages x 50¢ per page = $6.50
- Total: $6.50

Cases matching "GERNARD DENES CHESTNUT" (as a Plaintiff)
- 3:15-cv-46-MCR-EMT Chestnut v. Carr, et al., | 3 pages x 50¢ per page = $1.50
- 3:15-cv-69-LC-CJK Chestnut v. Burke, et al., | 3 pages x 50¢ per page = $1.50
- 3:20-cv-5679-MCR-HTC Chestnut v. Walker, et al., | 3 pages x 50¢ per page = $1.50
- 3:21-cv-827-LC-EMT Chestnut v. Leavins | 5 pages x 50¢ per page = $2.50
- 3:21-cv-944-LC-EMT Chestnut v. Leavins, et al | 4 pages x 50¢ per page = $2.00
- 4:11-cv-225-MP-CAS Chestnut v. Peterson | 10 pages x 50¢ per page = $5.00
- 4:11-cv-232-MP-WCS Chestnut v. Tamayo | 2 pages x 50¢ per page = $1.00
- 4:11-cv-305-WS-CAS Chestnut v. McLendon | 13 pages x 50¢ per page = $6.50
- 4:12-cv-551-SPM-CAS Chestnut v. Eagen | 2 pages x 50¢ per page = $1.00
- 4:14-cv-403-MW-GRJ Chestnut v. Ross | 2 pages x 50¢ per page = $1.00
- Total: $23.50

Grand total of $33.50

Address for the Middle District of Florida
Unites States District Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202

Please note for future requests similar to this that the Clerk's Office does have a search fee of $32.00 and will require payment upfront prior to searching for and providing a large amount of case information. This information has been provided as a one-time courtesy.

Thank you,

Deputy Clerk: Taylor McGill

Enclosures:
☐ *In Forma Pauperis* Application
☐ Civil Rights Complaint Form: ☐Prisoner | ☐Non-Prisoner
☐ Habeas Corpus Petition Forms: ☐2241 | ☐2254 | ☐2255
X Returned Mail

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| **Gainesville Division** | **Panama City Division** | **Pensacola Division** | **Tallahassee Division** |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 1 North Palafox Street | 1 North Palafox Street | 111 N. Adams Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 |
| 352.380.2400 | 850.769.4556 | 850.435.8440 | 850.521.3501 |
| 352.380.2424 FAX | 850.769.7528 FAX | 850.433.5972 FAX | 850.521.3656 FAX |

3:15-cv-01173-BJD-PDB

3:15-cv-01270-TJC-JK

3:15-cv-01343-MMH-PDB

3:17-cv-00307-HES-PDB

3:17-cv-00424-TJC-JK

3:18-cv-00489-MMH-PDB

3:18-cv-00615-TJC-MCR

3:18-cv-00631-BJD-PDB

3:18-cv-00875-MMH-JK

3:18-cv-01082-TJC-MCR

3:18-cv-01171-TJC-PDB

3:19-cv-01479-MMH-JBT

3:21-cv-18-BJD-MCR

3:18-cv-1302-TJC-JK

3:18-cv-1505-HLA-JBT

1. Case #: 3.22cv00121-mmh-pgb   Parties: Robert Atteberry et al.

   Court: Middle District _____ Judge: M. Howard _____

   Date Filed: 6/28/22   Dismissal Date (*if not pending*): _____

   Reason: Excessive Force _____

2. Case #: 3.22cv01349-Bld-LLL   Parties: C. Williams et al. _____

   Court: Middle District _____ Judge: B. Davis _____

   Date Filed: 12/7/23   Dismissal Date (*if not pending*): _____

   Reason: Excessive Force _____

3. Case #: 4.18cv00120-ws-HTC   Parties: SEC of FL DOC (Ricky D Dixon)

   Court: Northern District _____ Judge: W. Stafford _____

   Date Filed: 3/1/2020   Dismissal Date (*if not pending*): 10/20/2022

   Reason: Habeas Corpus Petition _____

4. Case #: 3.22cv1437-mmh-pgb   Parties: T. Bukwitch et al. _____

   Court: Middle District _____ Judge: M. Howard _____

   Date Filed: 12/29/22   Dismissal Date (*if not pending*): _____

   Reason: Imminent Danger, Excessive Force, Retaliation, Conspiracy

5. Case #: 3.20cv05918-mcr-em   Parties: Lt. J Neal et al. _____

   Court: Northern District _____ Judge: E. Timothy _____

   Date Filed: 1/25/2021   Dismissal Date (*if not pending*): _____

   Reason: Excessive Force, dismissed by (3) Strikes provision

20

6. Case #: _SC22 -1391_____ Parties: _____

Court: _Florida Supreme Court_ Judge: _____

Date Filed: _10/17/22_ Dismissal Date (*if not pending*): _____

Reason: _Unauthorized_____

**(*Attach additional pages as necessary to list all cases.*)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 5/10/23 Plaintiff's Signature: _____

Printed Name of Plaintiff: Gernard Denez Chestnut.

Correctional Institution: Union Correctional Institution

Address: P.O. BOX 1000

Raiford, FL. 32083

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 10 day of May, 2023.**

Signature of Incarcerated Plaintiff: _____

Mailed from a State
Correctional Institution

US POSTAGE

UNION CORRECTIONAL INSTITUTION
P.O. BOX 1000
RAIFORD, FLORIDA 32083

MAY 1 5 2023

CLERK U.S. DISTRICT COURT
1 North Palafox Street
Pensacola, Florida 32502