"SECOND AMENDED COMPLAINT"

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

GERNARD DENEZ CHESTNUT,

Inmate ID Number: 130146

*(Write your full name and inmate ID number.)*

**v.**

JAMES CARTER,

COATES,

PUGH,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
MAY 2 4 2023
FOR MAILING

Case No.: 4:22-cv-465-AW/MJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

FILED USDC FLND PN
MAY 30 '23 AM 11:54

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: _Gernard Denez Chestnut_ ID Number: _130146_

List all other names by which you have been known: _____

_____

Current Institution: _Union Correctional Institution_

Address: _P.O. BOX 1000, Raiford, FL. 32083_

_____

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: _JAMES CARTER_

   Official Position: _Lieutenant_

   Employed at: _Santa Rosa C.I._

   Mailing Address: _5850 E. Milton Rd._

   _Milton, FL. 32083_

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

2. Defendant's Name: COATES

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
2 4 2023
FOR MAILING

Official Position: Officer

Employed at: Santa Rosa C.I.

Mailing Address: 5850 E. Milton Rd

Milton, FL. 32583

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: PUGH

Official Position: Sargeant

Employed at: Santa Rosa C.I.

Mailing Address: 5850 E. Milton Rd.

Milton, FL. 32583

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)          ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee                    ☐ Civilly Committed Detainee

☑ Convicted State Prisoner             ☐ Convicted Federal Prisoner

☐ Immigration Detainee                 ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** showing why you are entitled
to relief. Describe how ***each*** Defendant was involved and what each Defendant
did, or did not do, in support of your claim. Identify when and where the events
took place, and state how each Defendant caused you harm or violated federal
law. Write each statement in short, numbered paragraphs, limited as far as
practicable to a single event or incident. ***Do not make legal arguments, quote
cases, cite statutes, or reference a memorandum.*** You may make copies of
page 6 if necessary to supply all the facts. Barring extraordinary circumstances,
no more than five (5) additional pages should be attached. Exhibits attached to

(ATTACHMENT PAGE OF DEFENDANTS)

PRICE

Defendant's Name: Price
Official Position: Officer
Employed at: Santa Rosa C.I.
Mailing address: 5850 E. Milton Rd
                 Milton, FL 32583
        ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

(1) On 6/30/21 Plaintiff was handcuffed behind his back and restrained in leg shackles being escorted to C-Dormitory from B-Dormitory at Santa Rosa C.I. Officer Price and Officer Coates walked along each side of the Plaintiff bending and twisting his fingers in attempt to break them with the sole malicious intent to cause unwanton pain to hurt and cause injury to Plaintiff for no penological reason inflicting malicious excessive force violation of the ~~Federal~~ Eighth Amendment. (See attached EXHIBITS 1 and 2)

(2) Sgt. Pugh deliberately walked infront of the Use of Force Camcorder to block Camera from viewing Officer Price and Officer Coates from attempting to break Plaintiff's fingers. As a result ~~as a result~~ Plaintiff's right hand ring finger was fractured and his right hand is deformed with mis-aligned knuckles in constant pain Lieutenant James Carter also walked alongside these officers trying to break Plaintiff's fingers and he and Sargeant Pugh both lied to cover this up by saying "Nothing

**Statement of Facts Continued** (*Page 2 of 2* )

was happening and these officers weren't doing anything."
Sargeant Pugh and Lieutenant James Carter Failed to
intervene ~~on~~ ~~cointrudocongrateble~~ while having the ability to
do so violating Eighth Amendment. (Lt. J. Carter was present
during this escort walking alongside these officers, saw what they were
doing and failed to intervene).

Plaintiff does not perceive how he hasn't alleged plausible
Failure-to-Intervene Claim (1) both Defendants Sgt. Pugh and
Lt. J. Carter failed and refused to intervene with officers Price and
Coates inflicting malicious excessive Force and "Lied" that they
weren't doing anything to defraud Camcorder which Sgt. Pugh was
blocking in attempt to Cover Up this Crime as Plaintiff stated showing
they were present, seen it, could've stopped it, but condoned it.
Plaintiff has Further clarified "they walked right alongside each other
watching this incident. Medical X-Ray Exhibit shows the "Lies"
they told are inconsistent with Facts presented in this Complaint
by the Plaintiff. Plaintiff respectfully prays this Court authorize this Claim.
( See attached EXHIBITS 1 and 2 )

# V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Count One: Eighth-Amendment Claim of Excessive Force Against Officer Coates and Officer Price

Count Two: Eighth-Amendment Claim of Excessive Force Against Sgt Pugh and Lt. J. Carter

# VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Compensatory damages for $80,000.00 including damages for physical injury and mental pain and suffering also punitive damages against the individual defendants for their malicious and unconscionable actions for $60,000.00, and trial by jury and any further relief the Courts deem necessary and proper.

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*  If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g).  Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.  You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES   ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #: 4:14 cv 403 - MW- GRJ

    Court: Northern District Tallahassee Division

    Reason: Inaccurate Info. circled wrong answer abuse of process

2. Date:_____ Case #: 4:12 cv 551 - SPM - CAS

    Court: Northern District, Tallahassee Division

    Reason: Fail to state claim or prosecute / lack of jurisdiction

3. Date:_____ Case #: 4:11 cv 3105 - WS - CAS

    Court: Northern District, Tallahassee Division

    Reason: Jury Trial verdict in favor of defendants

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 3.15cv46-MCR-EmT Parties: _____

   Court: Northern District _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #: 3.15cv09-LC-CJK Parties: _____

   Court: Northern District _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____
   *(If necessary, list additional cases on an attached page)* (SEE ATTACHED)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

Case # 4:11cv232 - MP - WCS

Court: Northern District, Tallahassee Division

Case # 4:11cv225 - MP - CAS

Court: Northern District, Tallahassee Division

The Plaintiff listed all the above cases to err on the side of Caution. Plaintiff is unsure which other Cases were dismissed for reasons listed in Section A.

but Plaintiff knows one was for lack of jurisdiction and failure to state a claim or failure to prosecute, and believes this was (Case # 4:11cv232 - MP - WCS)

Plaintiff's legal documents were allegedly "lost" by FL DOC and he can only provide the information from which the Court has provided him until the FL DOC replaces his legal papers or pays for new copies. Since the Courts have only provided him with the Case numbers, Plaintiff provides all information to the best of his knowledge. Any Case number left out is an inadvertent mistake and not an attempt to dupe, defraud, or abuse judicial process.

Plaintiff has also attached all Case info. provided to him by the Courts.

The only information Plaintiff has pertaining to Appeals Court regarding LawSuits are: Case No. 21-12893-G and Case No. 21-14488-A which Plaintiff was informed were Dismissed For failure to prosecute on 2/16/22 and 2/23/22.

Plaintiff's Habeas Corpus Petition Case number 22-14063-D was denied COA on 4/11/2023

All Following Case numbers were Filed in the Tallahassee Division
Case # 3: 20cv5629-MCR-HTC
Corrected: Case # 3: 22cv00721- mmH-PDB
Case # 3: 21cv827-LC-EMT
Corrected: Case # 3: 22cv01349-BJD-LLL
Case # 3: 21cv944-LC-EMT
Corrected: Case # 3: 22cv1437-mmH-PDB
Case # 4: 11cv225-mP-CAS
Cont:
Case # 4: 11cv232-mP-WCS
Cont:
Case # 4: 11cv305-HLS-CAS
Cont:
Case # 4: 12cv551-SPM-CAS
Cont:
Case # 4: 14cv403 mW-GRJ
Cont:
Case # 3: 20cv5918-R-EMT
Cont:
Case # 3: 21cv43-LC-EMT
Cont:

All the Following Case Numbers
were Filed in the Middle District Jacksonville Division:

Case # 3: 15cv01173-BJD-PDB / Case # 3: 15cv01270-TJC-JK /
Case # 3: 15cv01343 mmH-PDB / Case # 3: 17cv00307-HES-PDB /
Case # 3: 17cv00424-TJC-JK / Case # 3: 18cv00409-mmH-PDB /
Case # 3: 18cv00615-TJC-MCR / Case # 3: 18cv00631-BJD-PDB /
Case # 3: 18cv00875-mmH/JK    Case # 3: 18cv01082-TJC-mCR
Case # 3: 18cv01171-TJC-PDB / Case # 3: 19cv01479-mmH-PDB/JBT
Case # 3: 21cv18-BJD-mCR / Case # 3: 18cv1302-TJC-JK /
Case # 3: 18cv1505-HLA-JBT

# STATE COURT CASE NUMBERS

Case # 1021 - 3303    Parties: FL D.O.C
Court: First District Appeals Court    Dismissal Date:
Reason:

Case # 1022 - 1918    Parties: FL DDC
Court: First District Appeals Court    Dismissal Date:
Reason:

Case # 1021 - 2974    Parties: FL DDC
Court: First District Appeals Court    Dismissal Date:
Reason:

Case # 2022 CA 001837    Parties:
Court: 2ⁿᵈ Judicial Circuit    Judge: J. Cooper
Date Filed: 10/17/2022    Dismissal Date: 12/7/22
Reason:                 indigence status restrictions for dismissal

Case # 2022 CA 001831    Parties: Cpt. Johnson, L. et al.
Court: 2ⁿᵈ Judicial Circuit    Judge: J. Cooper
Date Filed: 10/10/2022   Dismissal Date: 12/7/22
Reason: Excessive Force    indigence status restrictions for dismissal

Case # 2021 CA 1455              Parties: E. Manners/FL DOC
Court: 2ⁿᵈ Judicial Circuit              Judge: M. Richardson
Date Filed:                     Dismissal Date:
transferred to Case No. 2022-SC-83

Case # 2022 CA 001810    Parties: Sgt. J. McClure et al.
Court: 2ⁿᵈ Judicial Circuit    Judge: J. Cooper
Date Filed: 10/13/2022    Dismissal Date: 12/7/2022
Reason: Excessive Force    indigence status restrictions for dismissal

13

Case # 2021 CA 001306   Parties: FL DOC
Court: Leon County, 2ᴺᴰ Judicial Circuit   Judge: A. Dempsey
Date Filed: 7/27/2021   Dismissal Date: 6/8/2022
Reason: Negligence   dismissed for failing to exhaust

Case # 2020 SC 001094   Parties: FL DOC
Court: Leon County 2ᴺᴰ Judicial Circuit   Judge: A. Aikens JR
Date Filed: 6/1/2020   Dismissal Date: 8/30/2021
Reason: Small Claims,   Statue of Limitations

Case # 2022 CA 001573   Parties: Capt Fisher et. al.
Court: Leon County 2ᴺᴰ Judicial Circuit   Judge: J Cooper
Date Filed: 8/31/2022   Dismissal Date:
Reason:

Case # 2022-CA-001627   Parties: Sgt Pugh et. al.
Court: 2ᴺᴰ Judicial Circuit   Judge: J Cooper
Date Filed: 9/6/2022   Dismissal Date: 12/7/22
Reason: Excessive Force: Assault: Battery, placed in federal jurisdiction

Case # 2022 CA 000350   Parties: Capt Brown et. al.
Court: 2ᴺᴰ Judicial Circuit   Judge: J Cooper
Date Filed: 2/28/2022   Dismissal Date:
Reason: Excessive Force, dismissed for indigency restriction

Case # 2021 SC 002909   Parties: E. Manners et. al.
Court: 2ᴺᴰ Judicial Circuit   Judge: S. Nevulin
Date Filed: 11/10/2021   Dismissal Date:
Reason: Small Claim (property destruction)
Case # 2020 CA 000609   Parties: FL DOC
Court: 2ᴺᴰ Judicial Circuit   Judge: J Cooper
Date Filed:   Dismissal Date:
Reason:

14

Case # 1D19-2493
Court: First District Court of Appeals
Filing Date:                    Dismissal Date:
Reason: Unauthorized

The Plaintiff also filed Habeas Corpus Petitions in the
Florida Supreme Court challenging his unlawful conviction
in Case # 610   Filing Date: 4/28/2020
Dismissed as Unauthorized
   Case # 657  Filing Date: 4/22/2019   Dismissed
Case # 1254  Filing Date: 7/22/2019   Dismissed
Case # 1634  Filing Date: 8/27/2018   Dismissed
Case # 933  Filing Date: 6/8/2018   Dismissed
Case # 418  Filing Date: 3/13/2018  Dismissed
Case # 1773  Filing Date: 9/29/2017   Dismissed
Case # 1226  Filing Date: 7/11/2016   Dismissed
Case # 107  Filing Date: 1/5/2016   Dismissed
Case # 876  Filing Date: 4/28/2011

Case # 1D22-3151
Court: First District Appeals Court
Filing Date:                    Dismissal Date:
Reason:


All questions or information left blank is not due to any
abuse of judicial process or attempt to dupe or defraud court. It
is due to this information being unavailable to Plaintiff. The FL
DOC is currently receiving info to reimburse or replace the
Plaintiff's documents this litigation history is herein disclosed to
best of his ability and it is possible he may have missed a few
cases if so, it is inadvertently and not deliberate

15

Cases matching "GERNARD D CHESTNUT" (as a Plaintiff)
- 3:20-cv-5918-R-EMT Chestnut v. Neel | 6 pages x 50¢ per page = $3.00
- 3:21-cv-43-LC-EMT Chestnut v. Santa Rosa Correctional Institution | 1 page x 50¢ per page = 50¢
- Total: $3.50

Cases matching "GERNARD DENEZ CHESTNUT" (as a Petitioner)
- 4:18-cv-120-WS-HTC Chestnut v. Dixon | 13 pages x 50¢ per page = $6.50
- Total: $6.50

Cases matching "GERNARD DENES CHESTNUT" (as a Plaintiff)
- 3:15-cv-46-MCR-EMT Chestnut v. Carr, et al., | 3 pages x 50¢ per page = $1.50
- 3:15-cv-69-LC-CJK Chestnut v. Burke, et al., | 3 pages x 50¢ per page = $1.50
- 3:20-cv-5679-MCR-HTC Chestnut v. Walker, et al., | 3 pages x 50¢ per page = $1.50
- 3:21-cv-827-LC-EMT Chestnut v. Leavins | 5 pages x 50¢ per page = $2.50
- 3:21-cv-944-LC-EMT Chestnut v. Leavins, et al | 4 pages x 50¢ per page = $2.00
- 4:11-cv-225-MP-CAS Chestnut v. Peterson | 10 pages x 50¢ per page = $5.00
- 4:11-cv-232-MP-WCS Chestnut v. Tamayo | 2 pages x 50¢ per page = $1.00
- 4:11-cv-305-WS-CAS Chestnut v. McLendon | 13 pages x 50¢ per page = $6.50
- 4:12-cv-551-SPM-CAS Chestnut v. Eagen | 2 pages x 50¢ per page = $1.00
- 4:14-cv-403-MW-GRJ Chestnut v. Ross | 2 pages x 50¢ per page = $1.00
- Total: $23.50

Grand total of $33.50

Address for the Middle District of Florida
Unites States District Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202

Please note for future requests similar to this that the Clerk's Office does have a search fee of $32.00 and will require payment upfront prior to searching for and providing a large amount of case information. This information has been provided as a one-time courtesy.

Thank you,

Deputy Clerk: Taylor McGill

Enclosures:
☐ *In Forma Pauperis* Application
☐ Civil Rights Complaint Form: ☐Prisoner | ☐Non-Prisoner
☐ Habeas Corpus Petition Forms: ☐2241 | ☐2254 | ☐2255
X Returned Mail

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| **Gainesville Division** | **Panama City Division** | **Pensacola Division** | **Tallahassee Division** |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 1 North Palafox Street | 1 North Palafox Street | 111 N. Adams Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 |
| 352.380.2400 | 850.769.4556 | 850.435.8440 | 850.521.3501 |
| 352.380.2424 FAX | 850.769.7528 FAX | 850.433.5972 FAX | 850.521.3656 FAX |

3:15-cv-01173-BJD-PDB

3:15-cv-01270-TJC-JK

3:15-cv-01343-MMH-PDB

3:17-cv-00307-HES-PDB

3:17-cv-00424-TJC-JK

3:18-cv-00489-MMH-PDB

3:18-cv-00615-TJC-MCR

3:18-cv-00631-BJD-PDB

3:18-cv-00875-MMH-JK

3:18-cv-01082-TJC-MCR

3:18-cv-01171-TJC-PDB

3:19-cv-01479-MMH-JBT

3:21-cv-18-BJD-MCR

3:18-cv-1302-TJC-JK

3:18-cv-1505-HLA-JBT

1. Case #: 3.22cv00721-mmh-jbs   Parties: Robert Atteberry et al.

   Court: Middle District _____ Judge: M. Howard _____

   Date Filed: 6/28/22 _ Dismissal Date (*if not pending*): _____

   Reason: Excessive Force _____

2. Case #: 3.22cv01349-bjd-lll   Parties: C. Williams et. al. _____

   Court: Middle District _____ Judge: B. Davis _____

   Date Filed: 12/7/23 _ Dismissal Date (*if not pending*): _____

   Reason: Excessive Force _____

3. Case #: 4.18cv00120-ws-hic   Parties: SEC of FL DOC (RICKY D. Dixon)

   Court: Northern District _____ Judge: W. Stafford _____

   Date Filed: 3/1/2018 Dismissal Date (*if not pending*): 10/20/2022

   Reason: Habeas Corpus Petition _____

4. Case #: 3.22cv1437-mmh-prb   Parties: T. Bukwitch ~~dbs~~ et. al. _____

   Court: Middle District _____ Judge: M. Howard _____

   Date Filed: 12/29/22 _ Dismissal Date (*if not pending*): _____

   Reason: Imminent Danger, Excessive Force, Retaliation, Conspiracy

5. Case #: 3.20cv05818mcr-han   Parties: Lt. J Neal et al. _____

   Court: Northern District _____ Judge: E. Timothy _____

   Date Filed: 1/25/2021 Dismissal Date (*if not pending*): _____

   Reason: Excessive Force, dismissed by (3) Strikes provision _____

6. Case #: _SC22-1391_ Parties: _____

Court: _Florida Supreme Court_ Judge: _____

Date Filed: _10/17/22_ Dismissal Date (*if not pending*): _____

Reason: _Unauthorized_ _____

**(*Attach additional pages as necessary to list all cases.*)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there

is any change to my mailing address and that my failure to do so may result

in a dismissal of the action.

Date: 5/24/23 Plaintiff's Signature: _____

Printed Name of Plaintiff: Gernard Denez Chestnut_____

Correctional Institution: Union Correctional Institution_____

Address: P.O. BOX 1000_____

Raiford, FL 32083_____

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the 24 day of May ,2023.**

Signature of Incarcerated Plaintiff: _____

EX. 1


**TridentCare**
IMAGING℠

SOUTH EAST REGION
4400 140TH AVE
CLEARWATER, FL 33760
(800) 940-0389

**9944 SANTA ROSA CI**
5850 EAST MILTON ROAD
MILTON, FL 325837914

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Number : | 35118978 | **Client Order #** | . | | | |
| Date of Service : | 07/21/2021 | **MRN** | 130146 | | | |
| Patient Name : | CHESTNUT, GENARD | **DOB :** | 08/24/1988 | **Gender** | M | |
| | | **Room::** | | | | |

Ordering Provider:        LUIS  RODRIGUEZ, MD - (NPI: 1598747933)
Interpreting Physician:   CHI CHUAN Y KAMINSKI, MD - (NPI: 1427168772)
Report Date:                7/21/2021 6:07:13 PM

## *RADIOLOGY REPORT*

XRAY ABDOMEN 1 VIEW

Results: The bowel gas pattern is unremarkable.  No dilated bowel loop to suggest obstruction.  Moderate  amount of stool is present in the colon.  No fecal impaction. No large urinary tract calculi.

Conclusion: Nonobstructive bowel gas pattern.

Electronically signed by CHI CHUAN KAMINSKI M.D., M.S. 7/21/2021 6:07:13 PM EDT.

        HAND MINIMUM 3 VIEWS, RIGHT

Results: Comminuted fracture at the distal fourth metacarpal without  mild lateral displacement and volar angulation.  Remainder of the right hand is unremarkable.

Conclusion: Acute fracture at the distal fourth metacarpal.

Electronically signed by CHI CHUAN KAMINSKI M.D., M.S. 7/21/2021 6:07:13 PM EDT.

*B. Garrett, APRN*
Santa Rosa CI / Annex

7-27-21

*Statement Concerning use of Results:*
I have reviewed this diagnostic report and the results have or will be used in the treatment of the patient's medical condition.

Ordering Provider Signature:  _____
                LUIS  RODRIGUEZ. MD - (NPI: 1598747933)

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call  972-468-3590*

EX. 2

FLORIDA DEPARTMENT OF CORRECTION
## EMERGENCY ROOM RECORD

**Check all that apply:**     ☒ **Inmate**     ☐ **Employee**     ☐ **Visitor**
                              ☒ **Post-Use-of-Force Exam**     ☐ **Injury**     ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1130                                        Time of exam: 1158

Description of occurrence: _Reactionary   Post UOF - Physical_

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A     ☐ Yes     ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature_____ Pulse_____ Respiration _____ O2 Sat_____ % Blood Pressure_ Refused Medi

Arrived via:   ☒ Ambulatory     ☐ Stretcher     ☐ Wheelchair     ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert   ☐ Oriented x 4 (person, place, time, situation) ☐ Responding to questions verbally
☐ Other (requires description in examination summary)
☐ C/O pain? If checked, where?_____

Examination summary: _Refused Medical - No visible injuries noted @_
_this x.   No Complaints voiced_

Physician notified?   ☒ No   ☐ Yes     Name:_____     Time:_____

Treatment provided?   ☒ No   ☐ Yes     If yes, describe:_____

Response to Treatment:   _N/A_

Disposition:   ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☒ Other (explain): _C-Dorm_

Discharge Instructions and Education:   _Flu c Medical PRN_

Health Care Provider's Signature and Stamp: _A. Rose_ A. Rose, RN  Santa Rosa CI / Annex    Date/Time: 6/30/21 @ 1140

Reviewing Physician's Signature and Stamp: ___ Mo  L. Rodriguez, MD Santa Rosa CI   Date/Time: 7/1/21 @ 8w

**Name**     _Westnut, Genard_          **Inmate Distribution:**     White—Health Record
**DC#**     _130146_     **Race/Sex** B M                            Canary—Inspector General
**Date of Birth**     _8/24/88_                                      Pink—Local Requirements
**Institution**     _SRVCI_              **Employee Distribution:**     White—Safety Officer/Designee
                                                                    Canary—Employee Copy
                                                                    Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

〜 CHESTNUT

||₁₁|¹|₁₁¹|¹₁¹₁¹||₁₁₁₁₁₁₁₁₁₁₁₁₁₁₁₁₁|₁₁₁|₁₁₁|₁|₁|₁|₁||¹|¹|

Mailed from a State
Correctional Institution



\ 1000

FLORIDA 32083

CLERK, U.S. DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL. 32502

MAY 3 0 2023



RECEIVED BY
UNION CORRECTIONAL INSTITUTION
MAY 24 2023
FOR MAILING