UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERNARD D. CHESTNUT,

    Plaintiff,

v.                                                 Case No.  4:22-cv-465-AW/MJF

JAMES CARTER, *et al.*,

    Defendants.

_____/

## ORDER

This order sets forth the procedures and requirements for the submission of the parties' pretrial documents.

On or before **DECEMBER 27, 2024**, Plaintiff shall file (and serve on Defendants' counsel) the following three documents:

    **A.**     **Plaintiff's Statement of Facts**: A written statement of the facts that will be presented on Plaintiff's behalf at trial through testimony, documentary evidence, or other evidence.

    **B.**     **Plaintiff's Exhibit List**: A list of all exhibits Plaintiff will offer for admission into evidence at trial. Plaintiff's exhibit list shall assign a number to each of Plaintiff's proposed exhibits and state what each exhibit is. **If Plaintiff does not intend to introduce**

**exhibits at trial, he may file a notice to that effect instead of filing an exhibit list.**

**C.     Plaintiff's Witness List**: A list that includes every witness Plaintiff intends to have testify at trial. This witness list shall include:

    1.    the name of each witness;

    2.    an indication of whether the witness is an inmate;[1]

    3.    the address of each witness;

    4.    a short summary of the expected testimony of each witness; and

    5.    an estimate of the amount of time each witness will testify.

Plaintiff shall serve upon Defendants' counsel Plaintiff's Statement of

---

[1] Plaintiff **must** indicate which witnesses, if any, are inmates. The District Court may, on Plaintiff's request and the exercise of its discretion, issue writs of habeas corpus ad testificandum to procure the presence of inmate witnesses at trial. The District Court, however, has no authority to allocate funds to pay un-incarcerated witnesses whose attendance at trial is procured by subpoena. Accordingly, the District Court will not issue subpoenas for such witnesses unless Plaintiff first demonstrates his ability to pay the witnesses' travel expenses (including the current mileage rate plus the daily witness fee for each witness). *See* 28 U.S.C. § 1821.

Facts, Plaintiff's Exhibit List, and Plaintiff's Witness List, and Plaintiff shall include in the original document filed with the clerk of court a certificate stating the date that a true and correct copy was served upon Defendants' counsel.

**TWENTY-ONE DAYS** after Plaintiff files with this court the documents listed above, Defendants shall file (and serve on Plaintiff) the following three documents:

    A.    **Defendants' Statement of Facts**: A written statement of the facts that will be presented on Defendants' behalf at trial through testimony, documentary evidence, or other evidence.

    B.    **Defendants' Exhibits List**: A list of all exhibits that Defendants will seek to admit at trial. Defendants' exhibit list shall assign a number to each of Defendants' proposed exhibits and state what each exhibit is. **If Defendants do not intend to introduce exhibits at trial, they may file a notice to that effect instead of filing an exhibit list.**

    C.    **Defendants' Witness List**: A list that includes each and every witness that Defendants intend to have testify at trial. This witness list shall include:

1. the name of each witness;

2. the address of each witness;

3. a short summary of the expected testimony of each witness; and

4. an estimate of the amount of time each witness will testify.

**Failure by any party, in the pretrial narrative statement or at the pretrial conference, to disclose fully the substance of the evidence to be offered at trial may result in exclusion of that evidence at trial.** The only exceptions will be (a) matters which the court determines were not reasonably discoverable at the time of the pretrial conference; (b) privileged matters; and (c) matters to be used solely for impeachment of a witness.

**SO ORDERED** this 26th day of November, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**