UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERNARD DENEZ CHESTNUT,**

    **Plaintiff,**

**v.**                                         **Case No. 4:22-cv-465-AW-MJF**

**JOHNATHAN CARTER,** *et al.,*

    **Defendants.**

_____/

## DEFENDANTS' UNUPPOSED MOTION FOR EXENSION OF TIME TO FINALIZE SETTLEMENT

Defendants, JOHNATHAN CARTER, RICHARD PRICE, and CHAD PUGH (collectively "Defendants"), by and through undersigned counsel, hereby move this Court for a thirty (30) day extension of time to finalize settlement and, in support thereof, state the following:

1. Defendants' counsel mailed the Settlement Agreement to Plaintiff May 30, 2025. After difficulties with notarization at Florida State Prison, Plaintiff signed the Settlement Agreement on June 17, 2025, and mailed it to Defendants' counsel.

2. Defendants forwarded the signed Settlement Agreement to the Division of Risk Management on June 20, 2025.

1

3. The Division of Risk Management also requires a W-9 in order to write a check. On June 25, 2025, Defendants' counsel mailed a blank W-9 to Plaintiff.

4. Plaintiff filed a Notice of Settlement on July 11, 2025.

5. When Defendants had not received the completed W-9 from Plaintiff, they scheduled a legal call with Plaintiff and Defendants' counsel on July 22, 2025. At this call Plaintiff said he had completed and mailed the W-9; however, Defendants' counsel never received it.

6. Defendants' counsel attempted to obtain assistance from prison officials on July 23, 2025, but were unsuccessful. On July 23, 2025, Defendants' counsel mailed Plaintiff another W-9.

7. Defendants' counsel has continued efforts to obtain assistance from staff at Florida State Prison with no success. Defendants' counsel still has not received a completed W-9 from Plaintiff.

8. Plaintiff's counsel has no objections to the extension.

WHEREFORE, Defendants request a 30-day extension until August 27, 2025 to finalize settlement.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive

2

>Tallahassee, Florida 32308
>Telephone: (850) 877-7776
>Jami@jsh-pa.com
>*Attorney for Defendants,*
>*Johnathan Carter, Richard Price,*
>*and Chad Pugh*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF and via U.S. mail to Plaintiff at Florida State Prison, P.O. Box 800, Raiford, Florida 32083 on July 30, 2025.

>*/s/ Jami M. Kimbrell*
>Jami M. Kimbrell