UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERNARD DENEZ CHESTNUT,**

    **Plaintiff,**

v.                                                Case No. 4:22-cv-465-AW-MJF

**JOHNATHAN CARTER,** *et al.,*

    **Defendants.**

_____/

## JOINT STIPULATION OF DISMISAL OF DEFENDANTS WITH PREJUDICE

The Parties hereby jointly stipulate to the dismissal of all claims against Defendants, JOHNATHAN CARTER, RICHARD PRICE, and CHAD PUGH (collectively "Defendants"), with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41, Federal Rules of Civil Procedure.

All settlement documents have been executed and funds have been transferred. Plaintiff's and Defendants' Counsel agreed to this Joint Stipulation of Dismissal.

| | |
|---|---|
| *(/s/ H. Jared Doster*           | */s/ Jami M. Kimbrell*          |
| Jared Doster | Jami M. Kimbrell |
| *Attorney for Plaintiff* | Florida Bar No. 0657379 |
| Dated: <u>August 22, 2025</u> | Howell, Buchan & Strong |

1

2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendants,*
*Johnathan Carter, Richard Price,*
*and Chad Pugh*

Dated: <u>August 22, 2025</u>